MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARIEL GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:21-cv-00104 |
| ) | JURY DEMAND |
| DAVID'S CONSTRUCTION, ) | |
| VOLUNTEER STATE CONSTRUCTION, ) | |
| ALEJANDRO CONTRERAS, ) | |
| HUGO'S TIRE SHOP AND REPAIR, and ) | |
| VICTOR HUGO FUENTES, ) | |
| ) | |
| Defendants. ) | |
| JUSTIN D. MACINTYRE, ) | |
| ) | |
| v. ) | NO. 3:21-cv-00589 |
| ) | |
| DAVID'S CONSTRUCTION, VOLUNTEER ) | |
| STATE CONSTRUCTION, ALEJANDRO ) | |
| CONTRERAS, HUGO'S TIRE SHOP AND ) | |
| REPAIR, and VICTOR HUGO FUENTES, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS HUGO'S TIRE SHOP AND REPAIR and VICTOR HUGO FUENTES'
MOTION TO MODIFY CASE MANAGEMENT ORDER**

Defendants, Victor Hugo Fuentes and Hugo's Tire Shop and Repair, by and through counsel, submit this Motion to Modify Case Management Order and respectfully move this Court to extend Defendants' expert witness disclosure deadline, the expert deposition deadline, and the dispositive motion deadline. Defendants' Memorandum of Law is filed simultaneously with this Motion. Pursuant to Rule 7.01, counsel for Defendants Hugo's Tires Shop and Repair and Victor Hugo Fuentes certifies that she conferred with Plaintiffs' attorneys prior to filing this motion.

1

Counsel for Plaintiff MacIntyre has not stated his position on this Motion, but Counsel for Ariel Grant opposes this Motion.

This case is set for trial on May 2, 2023. The proposed amended deadlines do not affect the jury trial date. Further, the requested extension conforms to the requirements of Local Rule 16.01(h)(1). No dispositive motion deadline is later than 90 days in advance of the trial date. Defendants request the following amendments to the Second Amended Case Management Order:

**I.    DISCLOSURE OF EXPERTS**

Current: Plaintiff shall identify and disclose all expert witnesses and expert reports on or before July 18, 2022. Defendants shall identify and disclose all expert witnesses and reports on or before August 18, 2022. Expert depositions shall be completed by September 12, 2022.

Proposed Extension: The defendant shall identify and disclose all expert witnesses and reports on or before September 19, 2022. Expert depositions shall be completed by October 12, 2022.

**J.    DISPOSITIVE MOTIONS**

Current: October 19, 2022.

Proposed Extension: November 18, 2022.

Defendants attach hereto as Exhibit A a Proposed Amended Case Management Order. Filed simultaneously with this Motion is Defendants' Memorandum of Law in Support of Motion. For reasons reflected therein, Defendants respectfully request that this Court grant their Motion to Modify Case Management Order.

Respectfully submitted,

  _/s/ Jamie A. Leaver_
Jamie A. Leaver, #037316
LeVan, Sprader, Patton & Plymire
Harpeth on the Green II
109 Westpark Drive, Suite 220
Brentwood, TN 37027
Phone: (615) 843-0300
jleaver@lsplaw.net
*Attorney for Defendants Hugo's Tire Shop
and Repair and Victor Hugo Fuentes*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of August, 2022, a copy of the foregoing electronically filed document was served upon the parties listed below via U.S. Mail, postage prepaid, and/or electronic means as follows:

| | |
|---|---|
| Matthew E. Wright, #22596<br>THE LAW FIRM FOR TRUCK SAFETY, LLP<br>840 Crescent Centre Drive<br>Suite 310<br>Franklin, TN 37067<br>Phone: (615) 455-3588<br>Fax: (615) 468-4540<br>matt@truckaccidents.com<br>*Attorney for Plaintiff Ariel Grant* | Alejandro Contreras<br>David's Construction<br>Volunteer State Construction<br>860 Murfreesboro Pike<br>Apt. 214<br>Nashville, TN 37217 |
| Craig P. Glenn (#31439)<br>Jonathan L. Griffith (#10405)<br>Griffith Law, PLLC<br>256 Seaboard Lane, Suite E-106<br>Franklin, Tennessee 37067<br>P: (615) 807-7900<br>john@griffithInjuryLaw.com<br>craig@griffithInjuryLaw.com<br>*Attorneys for Plaintiff Justin MacIntyre* | |

                By: _/s/ Jamie A. Leaver_
                     Jamie A. Leaver